UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re SUBPOENA SERVED ON                    No. 19-MC-335
TALWINDER S. PARMER
-------------------------------------------------------------X

DARIO P. FERNANDEZ,

                              Plaintiff,    [Action pending in the Eastern
                                                 District of New York, No.
     -against-                                19-CV-1506 (AAR) (VMS)]

DAVID ALLEN DORLEY,

                              Defendant.
-------------------------------------------------------------X

To:    Talwinder S. Parmer
        82-37 59th Street
        Glen Oaks, New York 11004

### NOTICE OF MOTION TO ENFORCE A SUBPOENA SERVED ON TALWINDER S. PARMER

       Please take notice that, upon the declaration of Charles D. Cole, Jr. and attached exhibits, defendant David Allen Dorley will move this court before a judge to be assigned at the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007 on a date and at a time to be selected by the court for an order to enforce the subpoena served on Talwinder S. Parmer for him to produce the payroll records, employment records, daily logs, and daily reports of Sunny Builders NY Corp. covering work on August 1, 2018 from the construction project located at 37-35 21st Street, Long Island City, New York 11101.

Dated: New York, New York
         July 10, 2019

                                                         /s/ Charles D. Cole, Jr.

Charles D. Cole, Jr.
Newman Myers Kreines Gross Harris, P.C.
Attorneys for Defendant David Allen Dorley
40 Wall Street
New York, New York 10005-1335
(212) 619-4350
dcole@nmkgh.com